William E. Thomson, Jr., State Bar No. 47195
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
601 S. Figueroa St., Suite 2080
Los Angeles, CA  90017-5726
Tel. (213) 622-3003; Fax (213) 622-3053

Thomas A. Lewry (Admitted *Pro Hac Vice*)
tlewry@brookskushman.com
John S. LeRoy (Admitted *Pro Hac Vice*)
jleroy@brookskushman.com
Christopher C. Smith, State Bar No. 238882
csmith@brookskushman.com
John M. Halan (Admitted *Pro Hac Vice*)
Jhalan@brookskushman.com
Robert C.J. Tuttle (Admitted *Pro Hac Vice*)
rtuttle@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI  48075
Tel. (248) 358-4400; Fax (248) 358-3351

*Attorneys for Plaintiff/Counter-Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **OMNI MEDSCI, INC**., <br><br>        *Plaintiff/Counter-Defendant*, <br>   v. <br><br> **APPLE, INC**., <br><br>        *Defendant/Counter-Claimant*. | Case No. 19-cv-05924-WHO <br><br><br> **CERTIFICATE OF SERVICE** |

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Oakland, State of Michigan, and am not a party to the above-entitled action.

On October 25, 2019, I served a true copy of the **Court's Case Management Conference Order (Dkt. 313)** via electronic mail or electronic transmission to the following individuals at the following e-mail addresses including sending to group email AppleOmniSidley@sidley.com:

| | |
|---|---|
| Brooke S. Zarouri (admitted *pro hac vice*) Sidley Austin LLP 555 W. 5th Street Los Angeles, CA 90013 bzarouri@sidley.com  Irene I Yang Vernon M. Winters Sidley Austin LLP 555 California Street, Suite 2000 San Francisco, CA 94104 irene.yang@sidley.com vwinters@sidley.com  Kelley A. Conaty Texas Bar No.: 24040716 SIDLEY AUSTIN LLP 2021 McKinney Avenue Suite 2000 Dallas, TX 75201 Email: kconaty@sidley.com | Ching-Lee Fukuda SIDLEY AUSTIN LLP 787 Seventh Avenue New York, NY 10019 Email: clfukuda@sidley.com  David T. Pritikin – LEAD COUNSEL SIDLEY AUSTIN LLP One South Dearborn Chicago, IL 60603 Email: dpritikin@sidley.com  Sharon Lee Jeffrey P. Kushan Thomas A. Broughan III Hamilton C. Simpson SIDLEY AUSTIN LLP 1501 K Street, N.W. Washington, DC 20005 Email: jkushan@sidley.com Email: tbroughan@sidley.com Sharon.lee@sidley.com hsimpson@sidley.com |

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

                                   /s/ Thomas A. Lewry
                                       Thomas A. Lewry