# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OMNI MEDSCI, INC.,**<br>　　　　Plaintiff,<br>　　vs.<br>**APPLE INC.,**<br>　　　　Defendant. | CASE NO. 4:19-cv-05924-YGR<br><br>**ORDER REGARDING APPLE INC.'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION REGARDING SUBJECT-MATTER JURISDICTION**<br><br>Re: Dkt. No. 327 |

　　　　Defendant Apple Inc. ("Apple") has moved for leave to file a motion for reconsideration under Civil Local Rule 7-9(a). (Dkt. No. 327.) After reviewing the motion, the Court has determined that it may benefit from a response to the current motion. Plaintiff Omni MedSci, Inc. may file a response to the present motion no later than November 19, 2019. Plaintiff's brief may not exceed seven pages.

　　　　Additionally, Apple is **DIRECTED** to file an unredacted version of the transferor court's order denying the motion to dismiss (Dkt. No. 276), and the parties briefing on that motion, under seal no later than November 19, 2019.

**IT IS SO ORDERED.**

Dated: November 15, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**