| | |
|---|---|
| Vernon M. Winters (SBN 130128) | Ching-Lee Fukuda (*Pro Hac Vice*) |
| Irene Yang (SBN 245464) | Sharon Lee (*Pro Hac Vice*) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 555 California Street, Suite 2000 | 787 Seventh Avenue |
| San Francisco, California 94104-1715 | New York, NY 10019 |
| Telephone:     (415) 772-1200 | Telephone: (212) 839-5300 |
| Facsimile:      (415) 772-7400 | Facsimile: (212) 839-5599 |
| Email: irene.yang@sidley.com | Email: clfukuda@sidley.com |
| Email: vwinters@sidley.com | Email: sharon.lee@sidley.com |
| | |
| David T. Pritikin (*Pro Hac Vice*) | Kelley A. Conaty (*Pro Hac Vice*) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| One South Dearborn | 2021 McKinney Avenue, Suite 2000 |
| Chicago, IL 60603 | Dallas, TX 75201 |
| Telephone: (312) 853-7359 | Telephone: (214) 981-3300 |
| Facsimile: (312) 853-7036 | Facsimile: (214) 981-3400 |
| Email: dpritikin@sidley.com | Email: kconaty@sidley.com |
| | |
| Jeffrey P. Kushan (*Pro Hac Vice*) | Brooke S. Zarouri (SBN 318372) |
| Thomas A. Broughan III (*Pro Hac Vice*) | SIDLEY AUSTIN LLP |
| Hamilton C. Simpson (*Pro Hac Vice*) | 555 West Fifth Street |
| SIDLEY AUSTIN LLP | Los Angeles, CA 90013 |
| 1501 K Street, N.W. | Phone: (213) 896-6633 |
| Washington, DC 20005 | Fax: (213) 896-6600 |
| Telephone: (202) 736-8000 | Email: bzarouri@sidley.com |
| Facsimile: (202) 736-8711 | |
| Email: jkushan@sidley.com | |
| Email: tbroughan@sidley.com | |
| Email: hsimpson@sidley.com | |

*Attorneys for Defendant and Counter Claimant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OMNI MEDSCI, INC., | Case No.: 19-cv-05924-YGR |
| *Plaintiff and Counter Defendant*, | **STIPULATION AND [PROPOSED] ORDER TO STAY PENDING RESOLUTION OF APPLE INC.'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF STANDING MOTION [ECF 327] AND INTER PARTES REVIEW PETITIONS** |
| v. | |
| APPLE INC, | |
| *Defendant and Counter Claimant*. | |

1    Pursuant to Civil L.R. 7-12, Plaintiff Omni MedSci Inc. ("Omni") and Defendant Apple
2    Inc. ("Apple"), stipulate and agree as follows:
3    WHEREAS Omni filed its Complaint against Apple in the U.S. District Court for the
4    Eastern District of Texas ("Texas Court") on April 6, 2018 alleging infringement of U.S. Patent
5    Nos. 9,651,533 (the "'533 patent"), 9,757,040 (the "'040 patent"), 9,861,286 (the "'286 patent"),
6    and 9,885,698 (the "'698 patent") (collectively, the "Asserted Patents").  (Dkt. 1.)
7    WHEREAS Omni initially asserted claims 5, 7-10, 13, 16, and 17 of the '533 patent,
8    claims 1, 2, and 4 of the '040 patent, claims 16, 17, 19, and 20 of the '286 patent, and claims 1, 2,
9    3, and 5 of the '698 patent.
10   WHEREAS on April 10, 2019, Apple filed requests for *inter partes* review of all asserted
11   claims of the Asserted Patents.
12   WHEREAS on June 19, 2019, the parties filed a stipulation to dismiss with prejudice all of
13   Omni's claims and without prejudice all of Apple's claims pertaining to the '698 patent.  (Dkt.
14   206.)  The Texas Court granted the parties' stipulation.  (Dkt. 209.)
15   WHEREAS on June 24, 2019, the Texas Court entered a Claim Construction Memorandum
16   Opinion and Order.  (Dkt. 211.)
17   WHEREAS on July 25, 2019, Omni served its Second Amended Final Election of Asserted
18   Claims asserting claims 5, 13, 15, and 16 of the '533 patent, claims 1, 2, and 3 of the '040 patent,
19   and claims 16, 17, and 19 of the '286 patent. On September 5, 2019, the parties filed a joint motion
20   to dismiss claim 16 of the '533 patent.  Dkt. 291.  The Texas Court granted the parties' joint
21   motion.  (Dkt. 293.)
22   WHEREAS on August 14, 2019, the Texas Court granted Apple's motion to transfer to the
23   Northern District of California (Dkt. 279), and denied Apple's motion to dismiss for lack of
24   standing (Dkt. 276).  On August 16, 2019, the Texas Court granted the parties' joint motion to stay
25   certain deadlines pending transfer to the Northern District of California.  (Dkt. 283.)
26   WHEREAS on October 10, 2019, the transferred case was received in the Northern District
27   of California.  (Dkt. 294).  The case was assigned to Judge William H. Orrick on October 11, 2019
28   (Dkt. 298).  On October 29, 2019, this Court granted Apple's motion to relate this case with co-

pending case, *Omni MedSci, Inc. v. Apple Inc.*, Case No. 19-cv-05673-YGR, and this case was reassigned to this Court. (Dkts. 315, 316.)

WHEREAS between October 17, 2019 and November 6, 2019, the Patent Trial and Appeal Board ("PTAB") issued decisions to institute *inter partes* review on all remaining asserted claims of the '533 patent, '040 patent, and '286 patent. *See* Exhibits 1-3. All remaining asserted claims of the Asserted Patents are now the subject of instituted *inter partes* reviews.

WHEREAS on November 8, 2019, Apple filed a Civil Local Rule 7-9 Request for Leave to File Motion for Reconsideration Regarding Subject-Matter Jurisdiction (Dkt. 327) and a Motion to Stay Pending Resolution of Apple's Standing Motion (ECF 327) and Inter Partes Review Petitions. (Dkt. 328).

NOW THEREFORE, in light of the PTAB's decisions to institute *inter partes* review on all remaining asserted claims of the Asserted Patents, the parties by and through their respective counsel of record, stipulate and agree that:

a) This case should be stayed in its entirety except for the Court's consideration of Apple's pending Request for Leave to File a Motion for Reconsideration Regarding Subject-Matter Jurisdiction (Dkt. 327) and, if the Court grants Apple's Request for Leave, except for proceedings related to that Request .

b) If the Court does not dismiss this case based on subject-matter jurisdiction, the case should continue to be stayed until final resolution, including appeals, of all *inter partes* review proceedings in which the asserted patents are at issue.

**IT IS SO STIPULATED.**


Dated: November 19, 2019

By: */s/ Thomas A. Lewry*               By: */s/ Irene Yang*

| | |
|---|---|
| Thomas A. Lewry (Admitted *Pro Hac Vice*)<br>tlewry@brookskushman.com<br>John S. LeRoy (Admitted *Pro Hac Vice*)<br>jleroy@brookskushman.com<br>Christopher C. Smith, State Bar No. 238882<br>csmith@brookskushman.com<br>John M. Halan (Admitted *Pro Hac Vice*)<br>Jhalan@brookskushman.com<br>BROOKS KUSHMAN P.C.<br>1000 Town Center, Twenty-Second Floor<br>Southfield, MI  48075<br>Tel. (248) 358-4400; Fax (248) 358-3351<br><br>William E. Thomson, Jr., State Bar No. 47195<br>wthomson@brookskushman.com<br>BROOKS KUSHMAN P.C.<br>601 S. Figueroa St., Suite 2080<br>Los Angeles, CA  90017-5726<br>Tel. (213) 622-3003; Fax (213) 622-3053<br><br>*Attorneys for Plaintiff/Counter-Defendant Omni MedSci, Inc.* | Vernon M. Winters (SBN 130128)<br>Irene Yang (SBN 245464)<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California  94104-1715<br>Telephone:     (415) 772-1200<br>Facsimile:     (415) 772-7400<br>Email: irene.yang@sidley.com<br>Email: vwinters@sidley.com<br><br>David T. Pritikin (*Pro Hac Vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7359<br>Facsimile: (312) 853-7036<br>Email: dpritikin@sidley.com<br><br>Jeffrey P. Kushan (*Pro Hac Vice*)<br>Thomas A. Broughan III (*Pro Hac Vice*)<br>Hamilton C. Simpson (*Pro Hac Vice*)<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br>Email: jkushan@sidley.com<br>Email: tbroughan@sidley.com<br>Email: hsimpson@sidley.com<br><br>Ching-Lee Fukuda (*Pro Hac Vice*)<br>Sharon Lee (*Pro Hac Vice*)<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: clfukuda@sidley.com<br>Email: sharon.lee@sidley.com<br><br>Kelley A. Conaty (*Pro Hac Vice*)<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>Email: kconaty@sidley.com<br><br>Brooke S. Zarouri (SBN 318372)<br>SIDLEY AUSTIN LLP |

3

STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PENDING RESOLUTION OF APPLE INC.'S STANDING MOTION [ECF 327] AND INTER PARTES REVIEW PETITIONS – CASE  NO. 19-CV-05924-YGR

555 West Fifth Street
Los Angeles, CA 90013
Phone: (213) 896-6633/Fax: (213) 896-6600
Email: bzarouri@sidley.com

*Attorneys for Defendant and Counter Claimant Apple Inc.*

### CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatories for whom a signature is indicated by a conformed signature (/s/). I have on file records to support this concurrence for production for the Court if so ordered.

Dated: November 19, 2019              */s/ Irene Yang*
                                       Irene Yang

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

*Omni MedSci, Inc. v. Apple Inc.*, Case No. 19-cv-05924-YGR is hereby STAYED until resolution of Apple's Request for Leave to File a Motion for Reconsideration Regarding Subject-Matter Jurisdiction (Dkt. 327) and, if the Court grants Apple's Request for Leave, the Court's decision on the Motion for Reconsideration Regarding Subject-Matter Jurisdiction.

If the Court does not dismiss this case based on subject-matter jurisdiction, the case will continue to be STAYED until final resolution of all of the *inter partes* review proceedings in which the asserted patents are at issue.

Dated: November 20, 2019          By: _____
                                   Hon. Yvonne Gonzalez Rogers
                                   United States District Court Judge