William E. Thomson, Jr., State Bar No. 47195
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
601 S. Figueroa St., Suite 2080
Los Angeles, CA 90017-5726
Tel. (213) 622-3003; Fax (213) 622-3053

Thomas A. Lewry (Admitted *Pro Hac Vice*)
tlewry@brookskushman.com
John S. LeRoy (Admitted *Pro Hac Vice*)
jleroy@brookskushman.com
Christopher C. Smith, State Bar No. 238882
csmith@brookskushman.com
John M. Halan (Admitted *Pro Hac Vice*)
Jhalan@brookskushman.com
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel. (248) 358-4400; Fax (248) 358-3351

*Attorneys for Plaintiff/Counter-Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **OMNI MEDSCI, INC.**,<br><br>     *Plaintiff/Counter-Defendant*,<br>v.<br><br>**APPLE, INC.**,<br><br>     *Defendant/Counter-Claimant*. | Case No. 19-cv-05924-YGR<br><br>Assigned to Hon. Yvonne Gonzalez Rogers<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO U.S. PATENT NO. 9,757,040 AND U.S. PATENT NO. 9,861,286** |

Plaintiff and Counter-Defendant Omni MedSci, Inc. and Defendant and Counter-Claimant Apple Inc. would like to inform the Court that they have resolved their respective claims for relief as to U.S. Patent No. 9,757,040 ("the '040 Patent") and U.S. Patent No. 9,861,286 ("the '286 Patent") and stipulate to dismissal of all claims and counterclaims pertaining to the '040 and '286 Patents.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that:

1. Omni agrees to dismiss, with prejudice, all claims for relief pertaining to the '040 and '286 Patents asserted against Apple Inc. by Omni MedSci, Inc.,
2. Apple agrees to dismiss. Without prejudice, all counterclaims for relief pertaining to the '040 and '286 Patents against Omni MedSci, Inc. by Apple Inc., and
3. The parties agree that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Date: January 21, 2020

/s/ Thomas A. Lewry
Thomas A. Lewry (MI Bar No. P36399)
John S. LeRoy (MI Bar No. P61964)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
Email: tlewry@brookskushman.com
jleroy@brookskushman.com
jhalan@brookskushman.com
csmith@brookskushman.com

William E. Thomson, Jr.
State Bar No. 47195
BROOKS KUSHMAN P.C.
601 S. Figueroa St., Suite 2080
Los Angeles, CA 90017-5726
Tel. (213) 622-3003; Fax (213) 622-3053
wthomson@brookskushman.com

*Attorneys* for *Plaintiff/Counter-Defendant*

/s/ Thomas A. Broughan III
Jeffrey P. Kushan
Thomas A. Broughan III
Hamilton C. Simpson
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Phone: (202) 736-8000 / Fax: (202) 736-8711
Email: jkushan@sidley.com
Email: tbroughan@sidley.com
hsimpson@sidley.com

Ching-Lee Fukuda
Sharon Lee
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5300 / Fax: (212) 839-5599
Email: clfukuda@sidley.com
Email: sharon.lee@sidley.com

Brooke Böll (SBN 318372)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Phone: (213) 896-6633 / Fax: (213) 896-6600
Email: bzarouri@sidley.com

Irene I Yang
Vernon M. Winters
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-1200
irene.yang@sidley.com
vwinters@sidley.com

*Attorneys for Defendant/Counter-Claimant*

## ATTESTATION OF FILER

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: January 21, 2020 By: /s/ Thomas A. Lewry
Thomas A. Lewry (Admitted *Pro Hac Vice*)

*Counsel for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 22, 2020

*(signature)*
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge